# EXHIBIT B

US005367627A

# United States Patent [19]

## Johnson

[11] Patent Number: 5,367,627

[45] Date of Patent: * Nov. 22, 1994

[54] **COMPUTER-ASSISTED PARTS SALES METHOD**

[75] Inventor: **Jerome D. Johnson**, Mankato, Minn.

[73] Assignee: **Clear with Computers, Inc.**, Mankato, Minn.

[ * ] Notice: The portion of the term of this patent subsequent to Feb. 1, 2011 has been disclaimed.

[21] Appl. No.: **133,986**

[22] Filed: **Oct. 12, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 959,525, Oct. 13, 1992, Pat. No. 5,283,865, which is a continuation of Ser. No. 435,809, Nov. 13, 1989, abandoned.

[51] Int. Cl.⁵ .......................... G06F 3/14; G06F 15/24
[52] U.S. Cl. ..................................... 395/161; 364/401; 395/147
[58] Field of Search ............... 395/161, 156, 160, 147; 364/401, 403; 434/373, 365, 367, 428

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,435,769 | 3/1984 | Nagano et al. | 364/464.01 |
| 4,775,935 | 10/1988 | Yourick | 364/401 |
| 4,931,929 | 6/1990 | Sherman | 364/401 |
| 4,964,043 | 10/1990 | Galvin | 364/401 |
| 4,972,318 | 11/1990 | Brown et al. | 364/401 X |
| 4,992,940 | 2/1991 | Dworkin | 364/401 |
| 5,053,970 | 10/1991 | Donald et al. | 364/401 |
| 5,146,404 | 9/1992 | Calloway et al. | 364/401 |
| 5,153,825 | 10/1992 | Yauk et al. | 364/401 |
| 5,309,355 | 5/1994 | Lockwood | 364/401 |

### OTHER PUBLICATIONS

*Case IH Parts Counter Merchandiser* cover sheet and table of contents, Apr. 1990.
*JI Case Parts Price List*, vol. 1, (2 pp.), Mar. 1992.
*Read Me First*, CaseIH Operators Manual, CWC, Inc., Feb. 1989, pp. 1 to 7–12.
*Read Me First*, Cass Parts Guide, CWC, Inc., 1988, pp. 1–23.

*Primary Examiner*—Raymond J. Bayerl
*Attorney, Agent, or Firm*—Merchant, Gould, Smith, Edell, Welter & Schmidt

[57] **ABSTRACT**

A computerized system provides a salesperson with assistance related to training and sales of parts corresponding to particular products. More particularly, a computerized system incorporating a data storage device, a display apparatus, a part selection device and a user interface mechanism enhances the efforts of a parts salesman. The data storage device electronically stores graphic and textual partsrelated information including specifications, features and customer benefits. The display apparatus electronically displays portions of the graphic and textual information in order to provide training and sales assistance related to part features and customer benefits. The part selection device electronically selects a particular part by navigating through part choices menus based on stored part specifications. The user interface mechanism controls the operation of the display apparatus and the part selection device parts so that each of the respective parts are operatively coupled and related to one another.

**15 Claims, 74 Drawing Sheets**



## FIG. 1



## FIG. 6





FIG. 1A        104

PARTS--RELEATED INFORMATION        112

SPECIFICATION 124
  --PART NUMBER  126
  --PART ATTRIBUTE  128
  --PRODUCT DESCRIPTION  130
FEATURES  132
CUSTOMER BENEFITS  134
IDENTITY  136
PRICES  138

GENERATED REPORT        114

COUSTOMER PRODUCTS        116

SECURITY        118        AUTHORIZATION        120        CUSTOMIZATION        122

FIG. 1B        106

PART NUMBER        140
  PART #1
  PART #2
  PART #3

PART ATTRIBUTE        142
  ATTRIBUTE
  OTHER ATTRIBUTE

CUSTOMER PARTS LIST        146
  PART A
  PART B
  PART C

PRODUCT DESCRIPTION        144
  PRODUCT A
  PRODUCT B
  PRODUCT C

FIG. 1C                                    —108

| SEQUENTIAL DISPLAY GENERATION | 148 |
| – COLOR SEQUENCE GENERATION | 150 |
| – CUSTOMIZED TEXT DISPLAY GENERATION | 152 |
| – CUSTOMIZED SEQUENCE GENERATION | 154 |
| ANIMATED DEMONSTRATION GENERATION | 156 |

FIG. 1D                                    —110

| DEALER PERSONALIZATION | 157 |
| CUSTOMER PERSONALIZATION | 158 |
| RETRIEVE STORED REPORT | 160 |
| UPDATE REPORT | 162 |
| PRINTED GRAPHICS GENERATION | 164 |
| PRINTED COLOR GENERATION | 166 |

## FIG. 2





FIG. 3A



FIG. 3B

## FIG. 4





FIG. 5

FIG. 7





FIG. 8A



FIG. 8B



FIG. 9



FIG. 10

FIG. 14

FIG. 11



U.S. Patent    Nov. 22, 1994    Sheet 15 of 74    5,367,627



FIG. 12A



FIG. 12B



FIG. 13



FIG. 15A



FIG. 15B

## FIG. 16





FIG. 17



FIG. 19

FIG. 20





FIG. 21

## FIG. 22



FIG. 23





FIG. 24A



FIG. 24B



FIG. 24C



FIG. 24D



FIG. 24E

**FIG. 24F**



**FIG. 18**



**FIG. 25**

```
┌─────────────────────────────────────────────┐
│              CASEIH PARTS                     │
│              Introduction                     │
├──────────────────────────┬────────────────────┤
│                          │      Cross-        │
│  QUICK REFERENCE         │     Reference      │
│    Cross-Reference       │   ─────────────    │
│    Product Information   │                    │
│                          │   Quickly find     │
│  PRESENTATIONS/PROPOSALS  │   a part by        │
│    Customer Presentation │   entering a       │
│    Customer Equipment    │   part number      │
│                          │   or a             │
│  TIME-SAVING TOOLS       │   description      │
│                          │   of the           │
│  GRAPHIC SLIDE SHOW      │   equipment the    │
│                          │   part will fit    │
│  CUSTOMIZE               │                    │
│                          │                    │
│  Leave CASS PARTS        │                    │
└──────────────────────────┴────────────────────┘
```

700

**FIG. 26**

```
┌─────────────────────────────────────────────┐
│              CASEIH PARTS                     │
│              Cross-Reference                  │
├──────────────────────┬────────────────────────┤
│                      │       Batteries        │
│  Batteries           │   ─────────────────    │
│                      │                        │
│  Filters             │   Choose a battery by  │
│                      │   specifying:          │
│  Remanufactured      │                        │
│    Electric          │   1) CASE part number  │
│                      │                        │
│  Lubrication         │          OR            │
│                      │                        │
│  Bearings            │   2) Equipment         │
│                      │      Application        │
│  Main Menu           │      (make & model)    │
│                      │                        │
│                      │          OR            │
│                      │                        │
│                      │   3) Battery           │
│                      │      Specifications    │
└──────────────────────┴────────────────────────┘
```

702

**FIG. 27**

706

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

CASEIH PART #

Specify the CASEIH Part number for
the battery you wish to select.

Press right arrow when lit to go to
order screen.



FIG. 28



FIG. 29

**FIG. 30**



CASEIH PARTS
Unit

712

Equipment
Add a unit

Manufacturer

ACURA
ALFA ROMEO
ACADIAN (GM CANADA)
AMERICAN MOTORS
AMC/EAGLE/RENAULT
AUDI
AUSTIN
AUSTIN HEALEY
AUTO UNION-DKW
BEAUMONT (GM CANADA)
1 of 7



FIG. 31

FIG. 32





FIG. 33

**FIG. 34**

—720

```
                    CASEIH PARTS
                  Limit Batteries

42   12V  66 Plates  390 CC  50 MO  1 Battery(s)  on unit
42   12V  66 Plates  390 CC  50 MO  1 Battery(s)  on unit
42   12V  66 Plates  390 CC  50 MO  1 Battery(s)  on unit


AUDI  ALL MODELS  1970-77  ALL OTHERS
                  Cold Cranking @ 0 deg F (min) 390 AMPS
                  3.6 Qts Acid    18 lbs dry  27 lbs wet
                  Dimensions (in) 9.31 x 6.87 x 6.87
                  90 day full replacement, 50 Mo Warranty


PART NUMBER: B4250
```

$ 46.99

721

## FIG. 35



722

CASEIH PARTS
Limit Batteries

| | | |
|---|---|---|
| 42 | 12V | 66 Plates 390 CC 50 MO 1 Battery(s) on unit |
| 42 | 12V | 66 Plates 390 CC 50 MO 1 Battery(s) on unit |
| 42 | 12V | 66 Plates 390 CC 50 MO 1 Battery(s) on unit |

Report Selection

1. Proposal/Order
2. Comparision
3. Application

AUDI   ALL MODELS   1970-77
    Cold Cranking @ 0 deg.F (min) 390  AMPS
    3.6  Qts Acid    18 lbs dry  27 lbs wet
    Dimensions (in) 9.31 x 6.87  x 6.87
    90 day full replacement, 50 Mo Warranty

PART NUMBER: B4250

$ 46.99

FIG. 36

724

CASEIH PARTS
Limit Batteries

| 42 | 12V | 66 Plates | 390 CC | 50 MO 1 Battery(s) on unit |
| 42 | 12V | 66 Plates | 390 CC | 50 MO 1 Battery(s) on unit |
| 42 | 12V | 66 Plates | 390 CC | 50 MO 1 Battery(s) on unit |

Report Type

1. Detailed
2. Summary

AUDI   ALL MODELS   1970-77   ALL OTHERS
Cold Cranking @ 0 deg F (min) 390 AMPS
3.6 Qts Acid   18 lbs dry   27 lbs wet
Dimensions (in) 9.31 x 6.87 x 6.87
90 day full replacement, 50 Mo Warranty

PART NUMBER: B4250

$ 46.99

## FIG. 37

P R O P O S A L  /  O R D E R ⟍726

| QTY | PART NUMBER | DESCRIPTION | PRICE EA ($) | PRICE TOTAL ($) |
|-----|-------------|-------------|--------------|-----------------|
| 1 | B4250 AUDI | **BATTERY:** 42  12V  66 Plates 390 CC 50 MO ALL MODELS 1970-77 ALL OTHERS Cold Cranking @ 0 deg F (min) 390 AMPS 3.6 Qts Acid  18 lbs dry  27 lbs wet Dimensions (in) 9.31 x 6.87 x 6.87 90 day full replacement, 50 Mo Warranty | 46.99 | 46.99 |

S U M M A R Y

| Product | Quantity | Price |
|---------|----------|-------|
| **BATTERY** | 1 | 46.99 |
| · BATTERY Subtotal: | | $ 46.99 |
| Total: | | $ 46.99 |

X _____

Accepted by: _____

X _____

U.S. Patent    Nov. 22, 1994    Sheet 44 of 74    5,367,627



FIG. 38

PROPOSAL / ORDER

728

| QTY | PART NUMBER | DESCRIPTION | PRICE EA ($) | PRICE TOTAL ($) |
|-----|-------------|-------------|--------------|-----------------|
| | | BATTERY: | | |
| 1 | B4250 AUDI | 42  12V  66 Plates 390 CC 50 MO ALL MODELS  1970-77  ALL OTHERS | 46.99 | 46.99 |

S U M M A R Y

| Quantity | Product | | Price |
|----------|---------|---|-------|
| 1 | BATTERY | $ | 46.99 |
| | BATTERY Subtotal: | $ | 46.99 |
| | Total: | $ | 46.99 |

X _____

X _____

Accepted by: _____

**FIG. 39**

746

CASEIH PARTS
Limit Batteries

BATTERY SPECIFICATIONS

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

Choose which battery specification categories are to be used to limit battery choice.

Multiple categories can be used.

BCI GROUP

Specify the BCI Group you wish to select a battery from.

Press right arrow when lit to go to order screen.

FIG. 40

747

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

BATTERY SPECIFICATIONS

Choose which battery specification categories are to be used to limit battery choice.

Multiple categories can be used.

Cold Cranking Amps

Specify the Cold Cranking Amps the battery must deliver.

Press right arrow when lit to go to order screen.

**FIG. 4I**

748

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

BATTERY SPECIFICATIONS

Choose which battery specification categories are to be used to limit battery choice.

Multiple categories can be used.

Reserve Capacity Minutes

Specify the Reserve Capacity Minutes the battery must deliver.

Press right arrow when lit to go to order screen.

FIG. 42

750

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

BATTERY SPECIFICATIONS

Choose which battery specification
categories are to be used to limit
battery choice.

Multiple categories can be used.

Voltage

Specify the required Voltage the
battery must have.

Press right arrow when lit to go to
order screen.

FIG. 43

752

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

BATTERY SPECIFICATIONS

Choose which battery specification categories are to be used to limit battery choice.
Multiple categories can be used.

Dimensions (inches)

Will locate battery(s) of exact size or if not exact size, available battery(s) whose 3 measurements are within 1/2 inch smaller.

Press right arrow when lit to go to order screen.

FIG. 44

754

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

BCI Group
Cold Cranking Amps
Reserve Cap Minutes
Voltage
Dimensions (inches)
Warranty Months
Price

BATTERY SPECIFICATIONS

Choose which battery specification categories are to be used to limit battery choice.

Multiple categories can be used.

Warranty Months

Specify the number of months the battery must be covered by warranty.

Press right arrow when lit to go to order screen.

**FIG. 45**

756

CASEIH PARTS
Limit Batteries

CASEIH PART #

EQUIPMENT APPLICATION

BATTERY SPECIFICATIONS

  BCI Group
  Cold Cranking Amps
  Reserve Cap Minutes
  Voltage
  Dimensions (inches)
  Warranty Months
  Price

BATTERY SPECIFICATIONS

Choose which battery specification categories are to be used to limit battery choice.

Multiple categories can be used.

Price

Specify the desired target price of the battery.

Press right arrow when lit to go to order screen.

**FIG. 46**

| CASEIH PARTS<br>Facts, the CASEIH story | |
|---|---|
| DEALER NAME<br><br>BATTERIES<br><br>FILTERS<br><br>REMANUFACTURED<br> ELECTRIC<br><br>LUBRICANTS<br><br>BEARINGS<br><br><br>Main Menu | DEALER NAME<br><br>Customized<br>information<br>for this<br>dealership |

730

**FIG. 47**

| CASEIH PARTS<br>Facts, the CASEIH story | |
|---|---|
| DEALER NAME<br><br>BATTERIES<br><br>FILTERS<br><br>REMANUFACTURED<br> ELECTRIC<br><br>LUBRICANTS<br><br>BEARINGS<br><br><br>Main Menu | DEALER NAME<br><br>Background<br><br>Parts<br><br>Service |

732

CASEIH PARTS
Facts, the CASEIH story

**FIG. 48**

734

DEALER NAME

BATTERIES

FILTERS

REMANUFACTURED
  ELECTRIC

LUBRICANTS

BEARINGS

Main Menu

BATTERIES

Introduction

How a Battery
  Works

Construction
  Features

**FIG. 49**

736



CASEIH
Sales/Warranty Outlets
Warranty



Headquartered in Racine, WI, CASEIH is a worldwide manufacturer and marketer of agricultural and construction equipment. CASEIH is a subsidiary of Tenneco, Inc.



Headquartered in Houston, TX, Tenneco Inc., is a diversified company with major business interests in oil, natural gas, pipelines, agricultural and construction equipment, ship building, automotive parts, chemicals packaging, agriculture, and minerals.

**FIG. 50**                    738

**FIG. 51**              740



CASEIH NORTH AMERICA

OVER 2,200 SALES OUTLETS

+ CASEIH insures parts availability and warranty service through its many sales outlets all across North America

**FIG. 52**                     742



**FIG. 53**                     758



## FIG. 54    760



* **THE RIGHT BATTERY FOR YOUR NEEDS**

+ A wide selection of quality batteries, made in North America by skilled craftsmen, provide superior performance features for almost any application

## FIG. 55    762



IGNITION    ALTERNATOR



STARTER

HEADLIGHT

**MAIN FUNCTIONS OF THE BATTERY**

1) Supply power to starter and ignition system

2) Supply extra power when vehicle's electrical load requirements exceed supply from charging system

3) Protect electrical system from temporarily high voltages



FIG. 56                                    766

FIG. 57                        768

