J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC. AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ORION IP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-255-GMS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the time within which Orion IP, LLC may answer, plead or otherwise respond to the complaint in the above-captioned action is hereby extended to and including Monday, June 27, 2005.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP      MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
Glenn C. Mandalas (#4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 1;9801
(302) 571-6600
  Attorneys for Plaintiffs

/s/ Donald E. Reid
Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 575-7219
  Attorneys for Defendant

SO ORDERED this _____ day of May, 2005.

_____
J.