# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

DONALD E. REID
302 575 7219
302 425 3001 FAX
dreid@mnat.com

May 17, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    Sony Electronics, Inc., et al. v. Orion IP, LLC
                 Civil Action No. 05-255-GMS

Dear Judge Sleet:

      This action involves a request by plaintiffs for a declaratory judgment that they do not infringe two patents owned by my client, Orion IP, LLC ("Orion"). Process was served on May 6, 2005 and I contacted plaintiffs' counsel, Ms. Ingersoll, on Friday, May 13, 2005 to request an extension of time to respond to the complaint. At my request, Ms. Ingersoll agreed to an extension until June 27, 2005 and a stipulation to that effect was filed yesterday.

      I understand that Your Honor's case manager contacted Ms. Ingersoll's office and requested that the parties advise Your Honor of the basis for the extension. As noted above, the extension was granted at my request and it was based on a number of factors including the following. First, I have just recently been retained to represent Orion, which is based in California, and I need time to learn something about the patents and the technology involved in this action. Second, in addition to my commitments to other clients, and this Court, in other matters, I am a member of the Board of Bar Examiners and the Essay Drafting Committee for the Board. We are currently working on the preparation of the essay questions for this year's Bar Examination which is quite time consuming. As a courtesy, therefore, Ms. Ingersoll agreed to my request for an extension and I would respectfully request that Your Honor approve the stipulation.

                                              Respectfully yours,

                                              Donald E. Reid

DER/amr
cc:    Dr. Peter T. Dalleo, Clerk (By E-Filing)
       Josy W. Ingersoll, Esquire (By E-Filing)