IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC., AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Plaintiffs, <br> v. <br> ORION IP, LLC, <br><br> Defendant. | Civil Action No. 05-255 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF TIMOTHY J. BECHEN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Timothy J. Bechen, Esquire, to represent Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Connect Inc., Sony Online Entertainment Inc., Sony Corporation of America, and Sony BMG Music Entertainment Inc. in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas
_____
Josy W. Ingersoll (# 1088)
Glenn C. Mandalas (# 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Dated: May 19, 2005

WP3:1111447.1                                                                                                  55224.1003

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Timothy J. Bechen, Esquire is granted.

Date: _____, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Timothy J. Bechen, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Timothy J. Bechen, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

Dated: 5/17/05