## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on May 19, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF. I further certify that on May 19, 2005, copies of the foregoing document were served by hand delivery upon the following:

> Orion IP, LLC
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> _____
> Glenn C. Mandalas (# 4432)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6600
> gmand@ycst.com
>
> *Attorneys for Plaintiffs*