## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SONY ELECTRONICS INC., SONY
COMPUTER ENTERTAINMENT
AMERICA INC., SONY PICTURES
ENTERTAINMENT INC., SONY
CONNECT INC., SONY ONLINE
ENTERTAINMENT INC., SONY
CORPORATION OF AMERICA, SONY
BMG MUSIC ENTERTAINMENT INC.,
AND SONY ERICSSON MOBILE
COMMUNICATIONS (USA) INC.,

                Plaintiffs,

        v.

ORION IP, LLC,

              Defendant.

Civil Action No. 05-255

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## OF JEFFREY S. GERCHICK

        Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey S. Gerchick, Esquire, to represent Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Connect Inc., Sony Online Entertainment Inc., Sony Corporation of America, and Sony BMG Music Entertainment Inc. in this matter.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        Josy W. Ingersoll (# 1088)
        Glenn C. Mandalas (# 4432)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware   19801
        (302) 571-6600
        gmandalas@ycst.com

Dated:  May 19, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Jeffrey S. Gerchick, Esquire is granted.

Date: _____, 2005


_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Jeffrey S. Gerchick, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jeffrey S. Gerchick, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

Dated: 5 8 2005