## **CERTIFICATE OF SERVICE**

  I, Glenn C. Mandalas, hereby certify that on May 19, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF. I further certify that on May 19, 2005, copies of the foregoing document were served by hand delivery upon the following:

    Orion IP, LLC
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE  19801

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        /s/ Glenn C. Mandalas
        _____
        Glenn C. Mandalas (# 4432)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE  19801

        P.O. Box 391
        Wilmington, DE  19899-0391
        (302) 571-6600
        gmand@ycst.com

        *Attorneys for Plaintiffs*