IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC., AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Plaintiffs, <br> v. <br><br> ORION IP, LLC, <br><br> Defendant. | C.A. No. 05-255-GMS |

## ORION IP, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER THIS ACTION TO THE EASTERN DISTRICT OF TEXAS

Defendant Orion IP, LLC ("Orion") hereby moves this Court to dismiss this action or to stay it in favor of the previously filed action pending in the United States District Court for the Eastern District of Texas, styled *Orion IP, LLC v. Hitachi Koki USA, Ltd. et al.*, Civil Action No. 2:04-CV-418 (Ward). Alternatively, Orion moves to transfer this action to the Eastern District of Texas. The grounds for this motion are stated in Orion's opening brief which is being filed with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald E. Reid

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendant
Orion IP, LLC

June 27, 2005

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on this 27th day of June, 2005, Orion IP, LLC's Motion To Dismiss, Stay, Or Transfer This Action To The Eastern District Of Texas was served by electronic filing upon the following counsel of record:

Josy W. Ingersoll, Esquire (#1088)
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

_____
Donald E. Reid (#1058)