IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SONY ELECTRONICS, INC., SONY COMPUTER )
ENTERTAINMENT AMERICA INC., SONY       )
PICTURES ENTERTAINMENT INC., SONY      )
CONNECT INC., SONY ONLINE              )
ENTERTAINMENT INC., SONY CORPORATION )
OF AMERICA, SONY BMG MUSIC             )
ENTERTAINMENT INC. AND SONY ERICSSON )
MOBILE COMMUNICATIONS (USA) INC.,      )
                                       )
            Plaintiffs,                )
                                       )
    v.                                 )    C. A. No. 05-255-GMS
                                       )
ORION IP, LLC,                         )
                                       )
            Defendant.                 )

## DECLARATION OF ELIZABETH L. DERIEUX

I, Elizabeth L. DeRieux, on oath depose and state that I am over 21 years of age and make this declaration based upon my own personal knowledge:

1.    I am counsel for Orion IP, LLC in an action pending in the United States District Court for the Eastern District of Texas, Marshall Division, entitled *Orion IP, LLC v. Hitachi Koki USA, Ltd., et al.*, C.A. No. 2:04-CV-418 (Ward) ("Texas Action").

2.    On April 12, 2005, Melvin Wilcox, counsel for Sony contacted me and proposed dates for the settlement negotiations to take place in New York City with Sony's Senior Director of Licensing and Intellectual Property, attorney Jamie Siegel, who said he would have settlement authority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on this 27th day of June, 2005.

_____

Elizabeth L. DeRieux

CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on this 27th day of June, 2005, the

Declaration of Elizabeth L. Derieux was served by electronic filing upon the following counsel

of record:

> Josy W. Ingersoll, Esquire (#1088)
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391

Donald E. Reid (#1058)