IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC. AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORION IP, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-255-GMS |

## DECLARATION OF DAVID PRIDHAM

I, David Pridham, on oath depose and state that I am over 21 years of age and make this declaration based upon my own personal knowledge:

1. I am counsel for Orion IP, LLC in an action pending in the United States District Court for the Eastern District of Texas, Marshall Division, entitled *Orion IP, LLC v. Hitachi Koki USA, Ltd., et al.*, C.A. No. 2:04-CV-418 (Ward) ("Texas Action").

2. Orion has no connection to Delaware other than the fact that it is organized under Delaware law. Orion does have offices in both Southern California and Texas where the Texas action is pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on this 27th day of June, 2005.

*[signature]*

David Pridham

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on this 27th day of June, 2005, the Declaration of David Pridham was served by electronic filing upon the following counsel of record:

    Josy W. Ingersoll, Esquire (#1088)
    Young, Conaway, Stargatt & Taylor LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE  19899-0391

*/s/ Donald E. Reid*
Donald E. Reid (#1058)