IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC., AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORION IP, LLC, <br><br> Defendant. | Civil Action No. 05-255-GMS |

## STIPULATION

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for plaintiffs to file and serve their answering brief in opposition to defendant Orion IP, LLC's motion to dismiss, stay or transfer (D.I. 11) is hereby extended through and including July 19, 2005 and Orion IP, LLC's time to serve and file its reply brief is extended to and including July 29, 2005.

MORRIS NICHOLS ARSHT & TUNNELL

/s/ Donald E. Reid
Donald E. Reid (#1058)
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347
(302) 575-7219
dreid@mnat.com

Attorneys for Defendant

YOUNG CONAWAY
    STARGATT & TAYLOR LLP

/s/ John W. Shaw
John W. Shaw (#3362)
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiffs*

Dated: _____    So Ordered: _____
                                                                  United States District Judge