IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC., AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORION IP, LLC, <br><br> Defendant. | Civil Action No. 05-255-GMS |

## STIPULATION

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant to file and serve its answer to the complaint is hereby extended through and including April 28, 2006.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Donald E. Reid | /s/ Josy W. Ingersoll |
| Donald E. Reid (#1058) | Josy W. Ingersoll (#1088) |
| 1201 North Market Street | John W. Shaw (#3362) |
| PO Box 1347 | The Brandywine Building |
| Wilmington, DE 19899-1347 | 1000 West Street |
| (302) 575-7219 | P.O. Box 391 |
| Attorneys for Defendant | Wilmington, Delaware 19899-0391 |
| | (302) 571-6600 |
| | Attorneys for Plaintiffs |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge