IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY PICTURES ENTERTAINMENT INC., SONY CONNECT INC., SONY ONLINE ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY BMG MUSIC ENTERTAINMENT INC., AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Plaintiffs, <br> v. <br> ORION IP, LLC, <br><br> Defendant. | Civil Action No. 05-255-GMS |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony Pictures Entertainment Inc., Sony Connect Inc., Sony Online Entertainment Inc., Sony Corporation of America, Sony BMG Music Entertainment Inc., and Sony Ericsson Mobile Communications (USA) Inc. and Defendant Orion IP, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that the above entitled action be, and hereby is, dismissed as to the claims and counterclaims, respectively, of Plaintiffs and Defendant in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys fees.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNEL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Donald E. Reid<br>Donald E. Reid (#1058)<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7219<br>dreid@mnat.com<br><br>Attorney for Defendant | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6681 (telephone)<br>jshaw@ycst.com<br><br>Attorneys for Plaintiffs |

Dated: April 18, 2006

SO ORDERED this _____ day of April 2006.

_____
United States District Judge